**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Neil Ivesdal, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Three Rivers Hospitality, LLC, a | ) | |
| Minnesota Limited Liability Company, | ) | Case No. 1:12-cv-073 |
| | ) | |
| Defendant. | ) | |

On July 5, 2012, the parties filed a stipulation regarding briefing the deadline on defendant's Motion to Dismiss. Plaintiff also filed a First Amended Complaint.

The court **ADOPTS** the parties' stipulation (Docket No. 17). Defendant's Motion to Dismiss (Docket No. 4) is deemed **MOOT**. Defendant shall have fourteen (14) days to file a Motion to Dismiss the First Amended Complaint. Thereafter, plaintiff shall have fourteen (14) days to file a response in opposition to Defendant's Motion to Dismiss the First Amended Complaint. After plaintiff files his response, defendant shall have fourteen (14) days to file a reply brief.

**IT IS SO ORDERED.**

Dated this 6th day of July, 2012.

>   */s/ Charles S. Miller, Jr.*
>   Charles S. Miller, Jr.
>   United States Magistrate Judge