IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Neil Ivesdal, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Three Rivers Hospitality, LLC, a | ) | |
| Minnesota Limited Liability Company, | ) | |
| | ) | Case No. 1:12-cv-073 |
| Defendant. | ) | |
| | ) | |

Before the court is the Plaintiff's Motion for attorney Whitney R. Cohen to appear *pro hac vice* on his behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Whitney R. Cohen has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiff's motion (Docket No. 30) is **GRANTED**. Attorney Whitney R. Cohen is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

   **IT IS SO ORDERED.**

   Dated this 10th day of October, 2012.

                                          */s/ Charles S. Miller, Jr.*
                                          Charles S. Miller, Jr.
                                          United States Magistrate Judge