**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Neil Ivesdahl, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Three Rivers Hospitality, | ) | Case No. 1:12-cv-073 |
| | ) | |
| Defendant. | ) | |

Before the court is a Stipulation to Extend Discovery Deadlines filed by the parties on August 19, 2013. The court **ADOPTS** the parties' stipulation (Docket No. 42). The Scheduling/Discovery Order of March 4, 2013, shall be amended as follows:

1. All fact discovery and filing of discovery motions shall be completed by September 22, 2013.

2. All non-dispositive motions (e.g., consolidation, bifurcation) shall be filed by September 22, 2013.

3. All threshold motions (e.g., jurisdiction, qualified immunity, statute of limitations) shall be filed by September 22, 2013.

All other deadlines delineated in the court's March 4, 2013, order shall remain the same.

**IT IS SO ORDERED.**

Dated this 20th day of August, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court