# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Neil Ivesdal, an individual, ) | |
| ) | **ORDER ADOPTING STIPULATION** |
| Plaintiff, ) | **TO EXTEND DEADLINE** |
| ) | |
| vs. ) | |
| ) | |
| Three River Hospitality, LLC, a Minnesota ) | |
| Limited Liability Company, ) | |
| ) | Case No. 1:12-cv-073 |
| Defendant. ) | |

Before the court is a "Stipulation to Extend Deadline for Filing Motion for Attorney's Fees" filed February 19, 2014. The court **ADOPTS** the stipulation (Docket No. 61) and **ORDERS** that:

1. Should a settlement in this case not be finalized, Defendant Three Rivers Hospitality shall have until **March 21, 2014** to file a motion for attorney's fees; and

2. Unless settlement is finalized before the time to appeal has passed, Plaintiff Neil Ivesdal may file a Notice of Appeal, so that his rights are not prejudiced. In the event the parties' settlement becomes finalized, Plaintiff Ivesdal will withdraw the Notice of Appeal, and the case will be dismissed in its entirety.

Dated this 19th day of February, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court